**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

GEORGE ANN THOMAS,

    Plaintiff,

v.                                                                           CASE NO. 1:11cv72-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 2, 2012. (Doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. The decision of the Commissioner, denying benefits, is affirmed.

    **DONE and ORDERED** this 18th day of May, 2012.

                                                          *s/ M. Casey Rodgers*
                                                      **M. CASEY RODGERS
                                                      CHIEF UNITED STATES DISTRICT JUDGE**